**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

DOMINIC HOWARD
and KAREN HAAS,

     Plaintiffs,

v.

AIA HOLDINGS, INC., a Florida foreign corporation,
ALLEGHENY CASUALTY CO., a Florida foreign corporation, INTERNATIONAL FIDELITY
INSURANCE CO., a Florida foreign corporation,
BANKERS INSURANCE CO., a Florida corporation,
BANKERS INSURANCE GROUP, INC., a Florida corporation,
BANKERS SURETY SERVICES, INC., a Florida corporation,
NATHAN FOLTZ, individually and d/b/a SOUTH SHORE
BAIL BONDS, CHARLES HOLLAND, individually,
CHARLES HOLLAND, INC., a California corporation,
d/b/a GOLD COUNTRY BAIL BONDS and CHI MONITORING,
MICHAEL WHALEN, individually, and
SULEIMAN HABIB YOUSEF, individually,

     Defendants.
_____/

Case No.  1:21-cv-23996-DPG

**DEFENDANTS AIA HOLDINGS, INC., ALLEGHENY CASUALTY COMPANY,**
**INTERNATIONAL FIDELITY INSURANCE COMPANY,**
**AND MICHAEL WHALEN'S CERTIFICATE OF INTERESTED PARTIES AND**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

Defendants AIA Holdings, Inc., Allegheny Casualty Company, International Fidelity Insurance Company, and Michael Whalen by and through their undersigned counsel of record, and pursuant to the Court's Order dated January 21, 2022 [DE 32], hereby file their Certificate of Interested Parties and Amended Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

1. AIA Holdings, Inc. ("AIA") – Defendant

2. Allegheny Casualty Co. ("Allegheny") – Defendant

3. Buchanan Ingersoll & Rooney, PC – Counsel for AIA, Allegheny, Fidelity, and Whalen

4. Jennifer Olmedo-Rodriguez – Counsel for AIA, Allegheny, Fidelity, and Whalen

5. IFIC Surety Group, Inc. ("IFIC") – Parent company of Fidelity

6. International Fidelity Insurance Company ("Fidelity") – Defendant

7. Michael Whalen ("Whalen") – Defendant

8. S. Carey Villeneuve – Counsel for AIA, Allegheny, Fidelity, and Whalen

9. The Chestnut Group – Parent company of AIA and Allegheny

**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel states that AIA Holdings Inc. and Allegheny Casualty Company are both wholly owned by The Chestnut Group, which is a private entity. Defendant International Fidelity Insurance Company is wholly owned by IFIC Surety Group, Inc., which is a private entity.

Date: April 20, 2022.

Respectfully submitted,

| | |
|---|---|
| Jennifer Olmedo-Rodriguez, Esq.<br>Florida Bar No. 605158<br>jennifer.olmedo-rodriguez@bipc.com<br>BUCHANAN INGERSOLL & ROONEY PC<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 1500<br>Miami, Florida 33131<br>Tel: (305) 347-4080 | By: /s/ *S. Carey Villeneuve*<br>S. Carey Villeneuve, Esq.<br>Florida Bar No.: 60621<br>carey.villeneuve@bipc.com<br>BUCHANAN INGERSOLL & ROONEY PC<br>401 E. Las Olas Blvd., Suite 2250<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 703-3900 |
| *Attorneys for Defendants AIA Holdings, Inc., Allegheny Casualty Company, International Fidelity Insurance Company, and Michael Whalen* ||